[Nos. 30416-3-II; 30507-1-II;  Division Two.  July 19, 2005.]
30436-8-II; 30493-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP
ROBERT JOHNSTON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
JOSE CAMPBELL, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. TIEN
VAN NGUYEN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v.
LANG PHU LE, *Appellant.*

Appeals from judgments of the Superior Court for
Thurston County, Nos. 03-1-00419-1, 03-1-00420-4, 03-1-
-00524-3, and 02-2-0499-7, Daniel J. Berschauer, J., en-
tered May 30, 2003. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Houghton, J., con-
curred in by Bridgewater and Armstrong, JJ.

[No. 30589-5-II.  Division Two.  July 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVONNE CHARLES
HOUSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-05093-1, Stephanie A. Arend, J., entered
July 11, 2003. *Affirmed* by unpublished opinion per Morgan,
J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 30616-6-II.  Division Two.  July 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA LOUISE
STONE, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 03-1-00042-5, Kenneth D. Williams, J.,
entered December 8, 2003. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Quinn-Brintnall, C.J., and
Van Deren, J.